11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Bernard Washington,                    * Original Proceeding

No. 11-13-00120-CR                           * April 18, 2013

                                             * (Panel consists of: Wright, C.J.,
                                                McCall, J., and Willson, J.)


This court has considered "Plaintiff's Original Application for Writ of Mandamus" and concludes that the "application" should be denied.  Therefore, the "application" for writ of mandamus is denied.